(88 South. 924)

GRACE WHOLESALE FEED & GROCERY CO. v. VICKERY. (7 Div. 650.) (Court of Appeals of Alabama. Jan. 13, 1921.) Appeal from Circuit Court, Etowah County; W. J. Martin, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(90 South. 926)

GRAHAM v. STATE. (8 Div. 805.) (Court of Appeals of Alabama. May 10, 1921.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge. Roy Graham was convicted of violating the prohibition law, and he appealed. Affirmed. This is a companion case to the case of W. B. Smith v. State, 90 South. 45,[1] and the facts are the same in both cases. Mitchell & Hughston, of Florence, for appellant. Brief of counsel did not reach the Reporter. Harwell G. Davis, Atty. Gen., for the State. Brief of counsel did not reach the Reporter.

SAMFORD, J. There is no brief calling the court's attention to any special ruling of the court upon which error is grounded. In the absence of such brief, we have examined each exception, and are of the opinion that the court did not commit reversible error in any of its rulings. The rulings on the admission of evidence are obviously free from error, and the question of guilt vel non was one of fact for the jury. We find no error in the record, and the judgment is affirmed. Affirmed.

(92 South. 924)

GRAHAM v. STATE. (1 Div. 449.) (Court of Appeals of Alabama. April 18, 1922.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed.

(91 South. 925)

GRAMMER v. STATE. (6 Div. 988.) (Court of Appeals of Alabama. Dec. 20, 1921.) Appeal from Circuit Court, Tuscaloosa County; H. B. Foster, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. No bill of exceptions, and no error apparent of record. Affirmed.

(88 South. 924)

GRAVES v. STATE. (6 Div. 786.) (Court of Appeals of Alabama. Oct. 15, 1920.) Appeal from Circuit Court, Cullman County; Robt. C. Brickell, Judge., F. E. St. John, of Cullman, for appellant. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of appellant.

(92 South. 924)

GRAY v. STATE. ' (4 Div. 693.) (Court of Appeals of Alabama. April 4, 1922.) Appeal from Circuit Court, Geneva County; H. A. Pearce, Judge. H. Grady Tiller, of Geneva,

[1] Ante, p. 112.

for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. No bill of exceptions, and the indictment is in Code form. Affirmed.

(93 South. 925)

GREESON v. HARPER LEE MACH. CO. (3 Div. 422.) (Court of Appeals of Alabama. May 20, 1922.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge. Ludlow Elmore, of Montgomery, for appellee.

MERRITT, J. Affirmed on certificate.

(89 South. 925)

HAGAN v. STATE. (4 Div. 690.) (Court of Appeals of Alabama. June 14, 1921.) Appeal from Circuit Court, Geneva County; H. A. Pearce, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed.

(88 South. 924)

HAGOOD v. STATE. (8 Div. 726.) (Court of Appeals of Alabama. Feb. 8, 1921.) Appeal from Circuit Court, Lawrence County; O. Kyle, Judge. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed on motion of Attorney General.

(89 South. 925)

HAL v. STATE. (5 Div. 336.) (Court of Appeals of Alabama. April 19, 1921.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed for want of prosecution.

(89 South. 925)

HALE v. STATE. (6 Div. 769.) (Court of Appeals of Alabama. May 10, 1921.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed on motion of Attorney General.

(91 South. 925)

HALE v. STATE. (6 Div. 894.) (Court of Appeals of Alabama. Jan. 10, 1922.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. No bill of exceptions, and no error appears of record. Affirmed.

(89 South. 925)

HAMMOCK v. STATE. (5 Div. 350.) (Court of Appeals of Alabama. June 21, 1921.) Appeal from Circuit Court, Russell, County; J. S. Williams, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.